```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                          CASE NO. 08 B 09430
      DAVID PERALES
                                                   CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR

         Debtor
      SSN XXX-XX-4098


   ----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
   ----------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 04/17/08 and confirmed on 09/12/08.

      2.  The case was dismissed after confirmation, 01/09/2009.

      3.  The Debtor paid a total of $    1559.00 .

      4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | 375.00 | .00 | 375.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 6.33 | .00 | 6.33 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 375.00 | 6.33 | .00 | .00 | 381.33 |
| PRINCIPAL PAID | 375.00 | 6.33 | .00 | .00 | 381.33 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 375.00 | 6.33 | .00 | .00 | 381.33 |

The Debtor's attorney, ROBERT J ADAMS & ASSOC         , was allowed $   3500.00 and was paid $   1093.04 .

The Trustee received $      84.63 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE  2
CASE NO. 08 B 09430 DAVID PERALES
```